Query • Reports • Utilities • Logout

CLOSED, EAPN

# U.S. District Court
# United States District Court for the Western District of Missouri (Springfield)
# CIVIL DOCKET FOR CASE #: 6:07-cv-03261-RED

Whitfield v. Davol, Inc. et al
Assigned to: District Judge Richard E. Dorr
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 08/10/2007
Date Terminated: 10/02/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**John Whitfield** represented by

**Derek H. Potts**
Potts Law Firm, LLC
715 May Street
Suite 100
Kansas City, MO 64105
(816) 931-2230
Fax: (816) 931-7030
Email: dpotts@potts-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Kuntz**
Wagstaff & Cartmell, LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax: (816) 531-2372
Email: jkuntz@wcllp.com
*LEAD ATTORNEY*
*ATTORNEY*

*TO BE*
*NOTICED*

**Thomas P. Cartmell**
Wagstaff & Cartmell, LLp
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816)701-1100
Fax: (816)531-2372
Email: tcartmell@wcllp.com
*LEAD*
*ATTORNEY*
*ATTORNEY*
*TO BE*
*NOTICED*

**Thomas Joseph Preuss**
Wagstaff & Cartmell
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816) 701-1168
Fax: (816) 531-2372
Email: tjpreuss@wcllp.com
*LEAD*
*ATTORNEY*
*ATTORNEY*
*TO BE*
*NOTICED*

**Timothy L. Sifers**
The Potts Law Firm, LLC
715 May Street
Suite 100
Kansas City, MO 64105
(816) 931-2230
Fax: (816) 931-7030
Email: tsifers@potts-law.com
*LEAD*
*ATTORNEY*
*ATTORNEY*
*TO BE*
*NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Davol, Inc.**<br>*a Delaware Corporation* | represented by | **Kara T Stubbs**<br>Baker, Sterchi, Cowden & Rice LLC<br>2400 Pershing Road<br>Suite 500<br>Kansas City, MO 64108<br>(816)471-2121<br>Fax: (816)472-0288<br>Email: stubbs@bscr-law.com<br>*LEAD ATTORNEY* |

**Defendant**

| | | |
|---|---|---|
| **C.R. Bard, Inc.**<br>*a New Jersey Corporation* | represented by | **Kara T Stubbs**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2007 | 1 | COMPLAINT against all defendants (Filing fee $350 receipt number 1583225) Service due by 12/14/2007. filed by Jeffrey M. Kuntz on behalf of John Whitfield. (Attachments: # 1 Civil Cover Sheet)(Kuntz, Jeffrey) (Entered: 08/13/2007) |
| 08/13/2007 | | SUMMONS ISSUED as to Davol, Inc., C.R. Bard, Inc. (Baldwin, Joella) (Entered: 08/13/2007) |
| 08/27/2007 | | SUMMONS REISSUED as to C.R. Bard, Inc. (McDowell, Shelly) (Entered: 08/27/2007) |
| 08/29/2007 | 2 | RETURN OF SERVICE of complaint executed by John Whitfield. Davol, Inc. served on 8/20/2007, answer due 9/10/2007. (Kuntz, Jeffrey) (Entered: 08/29/2007) |
| 08/31/2007 | 3 | Notice of EAPN (Attachments: # 1 General Order)(Howard, Linda) (Entered: 08/31/2007) |

| | | |
|---|---|---|
| 09/10/2007 | 4 | ANSWER to Complaint with Jury Demand *AND AFFIRMATIVE DEFENSES* filed by Kara T Stubbs on behalf of Defendants Davol, Inc., C.R. Bard, Inc..(Stubbs, Kara) (Entered: 09/10/2007) |
| 09/12/2007 | 5 | RULE 16 NOTICE: proposed scheduling order ddl 12/3/2007, rule 26 conference ddl 11/13/2007. (Schroeppel, Kerry) (Entered: 09/12/2007) |
| 09/18/2007 | 6 | Return of Service unexecuted by John Whitfield as to C.R. Bard, Inc.. (Kuntz, Jeffrey) (Entered: 09/18/2007) |
| 09/18/2007 | 7 | RETURN OF SERVICE of complaint executed by John Whitfield. C. R. Bard, Inc. served on 9/7/2007, answer due 9/27/2007. (Kuntz, Jeffrey) (Entered: 09/18/2007) |
| 09/20/2007 | 8 | DISCLOSURE OF CORPORATE INTERESTS filed by Kara T Stubbs on behalf of Defendants Davol, Inc., C.R. Bard, Inc..(Stubbs, Kara) (Entered: 09/20/2007) |
| 10/01/2007 | 9 | CONDITIONAL TRANSFER ORDER from Jeffery N. Luthi, Clerk of the Panel transferring case to the MDL panel, Docket #1842, District of Rhode Island. (Kee, Georgia) (Entered: 10/02/2007) |
| 10/02/2007 | | ***Remark: Certified copy of the docket sheet and documents in the above listed case file were electronically transferred to the District of Rhode Island. (Kee, Georgia) (Entered: 10/02/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/03/2007 13:57:38 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:07-cv-03261-RED |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |