UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

John Whitfield,
      Plaintiff,

v.

Davol, Inc. and C.R. Bard, Inc.,
      Defendants.

C.A. 07-1918ML
MDL Docket No. 07-1842ML
*In Re: Kugel Mesh Hernia
Repair Patch Litigation*

## JUDGMENT

[✓] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment shall enter for Defendants Davol, Inc., and C.R. Bard, Inc., against Plaintiff John Whitfield, pursuant to the jury verdict published on April 14, 2010.

Enter:

_____
Deputy Clerk

DATED: April 14, 2010